UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DIANE BAKER, | Case No.: 1:21-cv-0361 JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | (Doc. 14) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff filed a stipulation of the parties for an extension of 60 days to file a motion for summary judgment. (Doc. 14.) Dolly Trompeter, Plaintiff's counsel, reports the extension is necessary "[d]ue to the increase in certified administrative records being filed by defendant" and "a larger than usual number of briefs due for the month of December 2021 and January 22." (*Id.* at 2.) Notably, this is the first request for an extension, and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 14) is **GRANTED**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **February 4, 2022**.

IT IS SO ORDERED.

Dated:  **December 9, 2021**           /s/ Jennifer L. Thurston
                                        CHIEF UNITED STATES MAGISTRATE JUDGE