UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DIANE BAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00361-BAK (BAM)<br><br>**ORDER REGARDING STIPULATION TO REMAND**<br><br>(Doc. 20) |

　　　Pursuant to the parties' Stipulation for Remand ("Stipulation") filed on March 18, 2022, (Doc. 20), and for cause shown, the above-captioned action is remanded to the Commissioner of Social Security under the fourth sentence of Section 205(b) of the Social Security Act, 42 U.S.C. 405(g) for further proceedings consistent with the terms of the Stipulation. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

　　　Dated:　**March 23, 2022**　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

1